# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **17−15088 − DER**   Chapter: **13**

**Robert S Siegal**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedules A/B−J due 04/26/2017** |
| | **Ch 13 Plan & Cert of Service due 04/26/2017** |
| | **Stmt. of Fin. Affairs due 04/26/2017** |
| | **Declaration for Schedules due 04/26/2017** |
| | **Summary of Assets and Liab. due 04/26/2017** |
| | **Ch 13 Income Form 122C−1 due 04/26/2017** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521** |
| | **Federal Rule of Bankruptcy Procedure 1007** |
| | **Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by <u>4/26/17</u>.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 4/12/17

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mary Burkhart
410−962−4372

cc:   Debtor
      Attorney(s) for Debtor − Joseph Michael Selba

Form ntcddl (03/05)