IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE | CASE NO. 17-15088-DER<br>CHAPTER 13 |
| ROBERT S. SIEGAL<br>DEBTOR(S) | |

**LINE ENTERING APPEARANCE AND REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brian McNair has been engaged by the creditor identified below to serve as its authorized agent in this matter:

Wells Fargo Bank, N.A. and its successors and/or assigns

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

Respectfully Submitted,

/s/ Brian McNair

Brian McNair
Bar Number 25270
Alba Law Group, P.A.
11350 McCormick Road
Executive Plaza III, Suite 200
Hunt Valley, MD 21031
(443) 541-8600
bankruptcy@albalawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Entry of Appearance was uploaded through the Court's ECF System at the e-mail address register with the court on, this 8th day of May, 2017 to:

Joseph Michael Selba, Esquire
100 East Pratt Street
26th Floor
Baltimore, MD 21202
JSelba@tydingslaw.com

Robert S. Thomas, II, Trustee
300 E Joppa Road
Suite 409
Towson, MD 21286
ECF@ch13balt.com

/s/ Brian McNair

Brian McNair
bankruptcy@albalawgroup.com