IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE | BANKRUPTCY NO. 17-15088-DER |
| ROBERT S. SIEGAL<br>DEBTOR(S) | CHAPTER 13 |

## OBJECTION TO CONFIRMATION OF PLAN

Wells Fargo Bank, N.A., a secured creditor, by its undersigned attorney, files this Objection to Confirmation of Plan and states:

1. That Wells Fargo Bank, N.A. is the holder of a note secured by a Deed of Trust/Mortgage on the property known as 929 Lexington Road, Rockledge, FL 32955 which is owned by the Debtor(s).

2. The plan does not provide for full payments of the arrearages. The plan provides for $0.00, which is less than the amount of the full arrears. The arrears are approximately $5,037.00.

WHEREFORE, Wells Fargo Bank, N.A. requests this Honorable Court deny confirmation of the Plan as filed by the Debtor(s).

Brian McNair
Bar Number 25270
Alba Law Group, P.A.
11350 McCormick Road
Executive Plaza III, Suite 200
Hunt Valley, MD 21031
(443) 541-8600
Attorney for Movant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Objection to Confirmation of Plan was uploaded through the Court's ECF System at the e-mail address register with the court on, this 30th day of May, 2017 to:

Joseph Michael Selba
Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202
JSelba@tydingslaw.com

Robert S. Thomas, II
300 E Joppa Road
Suite 409
Towson, MD 21286
ECF@ch13balt.com

Brian McNair
bankruptcy@albalawgroup.com