**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND (BALTIMORE)**

In re:

Robert S. Siegal

Case No. 17-15088-DER

Chapter 13

Debtor(s)

\* \* \* \* \* \* \*

## TRUSTEE'S PROCEEDING MEMO

**341 Meeting Date:** 6-30-17

[✓] Debtor attended and was examined as to income, the filing of tax returns, assets and liabilities.

[ ] The First Meeting of Creditors has been concluded.

[ ] Creditor appeared.

[ ] The First Meeting of Creditors has been continued to ___/___/_____ at _____ a.m./p.m.

[ ] Debtor [ ] Attorney - failed to attend today's meeting.

   [ ] Meeting to be rescheduled or [ ] Motion to Dismiss to be filed.

[ ] Debtor and counsel must resolve in a timely manner the issues noted below:

_____ Chapter 13 Payment         _____ Amended Schedules

_____ Tax Returns                _____ Paystubs/Proof of Income

_____ Financial Statements       _____ Market Analysis

_____ Amended Plan to be filed   _____ Bank Statements

_____ To allow the Trustee to review,    _____ Motion to Determine Value/Avoid Lien
Items must be filed by ___/___/_____              to be filed

_____ Schedules must be amended for: _____

[✓] Plan must be amended for: _____

Date: ___/___/_____

/s/ Robert S. Thomas, II
**Robert S. Thomas, II, Chapter 13 Trustee**
300 E. Joppa Road, Suite #409
Towson, MD 21286
410-825-5923
Inquiries@ch13balt.com

[Rev. 2/17]