## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT BALTIMORE

In Re:   Robert S. Siegal                               Case No. 17-15088 - MMH
                                                        Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE OF THE
SCIG SERIES III TRUST, Movant (BSI
Financial Services, INC.), Servicer

vs.

Robert S. Siegal, Debtor
aka Robert Siegal
                Respondent(s)


### NOTICE TO DEBTOR
### OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON
### Real Property at 3015 Hudson Street, Baltimore, Maryland 21224

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST, Movant (BSI Financial Services, INC.), Servicer herein, has filed papers with the court seeking relief from the automatic stay of 11 U.S. C. Sec. 362 (a) to enable it to collect all or any part of a consumer debt from the Debtor and/or from an individual that is liable on the debt with the Debtor or has guaranteed the debt.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

The hearing is scheduled for **September 20, 2018 at 10:00 a.m.** in Courtroom 9-C, United States Bankruptcy Court, 101 W. Lombard Street, Baltimore, Maryland, 21201. If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views of the motion, then by **August 14, 2018**, you or your attorney must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Joshua Welborn, Esq.

18-602204

Attorney for Movant
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, Maryland 20707

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

DATE: July 31, 2018

*/s/ Joshua Welborn, Esq. (Jwel)*
Joshua Welborn, Esq.
Attorney for Movant
Bar No. 29359
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2018 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, Maryland  21286
ECF@ch13balt.com

Joseph Michael Selba
Tydings & Rosenberg LLP
1 East Pratt Street
Suite 901

18-602204

Baltimore, Maryland  21202
JSelba@tydingslaw.com

I hereby further certify that on the 31st day of July, 2018, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Robert S. Siegal
3015 Hudson Street
Baltimore, Maryland  21224
(Via U.S Mail)

                                              */s/ Joshua Welborn, Esq.*
                                              Joshua Welborn, Esq.

18-602204