IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| ROBERT S. SIEGAL | * | Case No.: 17-15088-MMH |
| Debtor. | * | (Chapter 13) |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| U.S. BANK TRUST N.A. (BSI Financial Services, Inc.) | * | |
| | * | |
| Movant, | | |
| v. | * | |
| ROBERT S. SIEGAL | * | |
| Respondent. | * | |

* * * * * * * * * * * * *

## OPPOSITION TO
## MOTION FOR RELIEF FROM AUTOMATIC STAY [DOC. 85]

Debtor, Robert S. Siegal, through his counsel and pursuant to Local Bankruptcy Rule 4001-1(d), files this Opposition to the *Motion for Relief from Automatic Stay* [Doc. 85] (the "Motion") filed by BSI Financial Services, Inc., and states as follows:

1. Admit.

2. Admit.

3. The Debtor denies the calculation of the amounts asserted by Movant.

4. The Debtor denies the calculation of the amounts asserted by Movant.

5. The Debtor denies the calculation of the amounts asserted by Movant.

6. The document referenced in Paragraph 6 speaks for itself.

7. The Debtor denies the Movant's assertion that it is not adequately protected.

#3122340v.1

- 2 -

8. The Debtor denies the valuation asserted by Movant, but notes that the value is in excess of the balance claimed by Movant

9. The Debtor denies the Movant's assertion that cause exists to terminate the automatic stay.

WHEREFORE, Debtor requests that the Motion be denied and that this Court grant such other and further relief as is just and equitable.

/s/ Joseph M. Selba
Joseph M. Selba, Bar No. 29181
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202
(410) 752-9753
jselba@tydingslaw.com
*Counsel for Debtor*

#3122340v.1

- 3 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of August, 2018, a copy of the foregoing *Opposition to Motion for Relief from Automatic Stay* will be served electronically or is being mailed, first class, postage prepaid, as indicated, to:

| | |
|---|---|
| Joshua Welborn, Esq. <br> McCabe, Weisberg & Conway, LLC <br> 312 Marshall Avenue, Suite 800 <br> Laurel, MD 20707 <br> *Movant's Counsel* <br> <u>VIA ECF</u> | Robert S. Thomas, II <br> 300 E Joppa Road, Suite 409 <br> Towson, Maryland 21286 <br> *Chapter 13 Trustee* <br> <u>VIA ECF</u> |

/s/ Joseph M. Selba
Joseph M. Selba

#3122340v.1