UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                          *

ROBERT S SIEGAL                 *    Case No. 17-15088-MMH

                                *         Chapter 13

Debtor                          *

*        *        *        *        *        *        *

OBJECTION BY TRUSTEE TO MOTION TO MODIFY PLAN

  Robert S. Thomas, II, Trustee, files this Objection to the modified plan proposed by the Debtor in this case and, for cause, states:

  1. The Chapter 13 plan previously filed by the Debtor in this case was confirmed by Order entered November 6, 2018.

  2. A Motion to Modify Plan and proposed Modified Plan now have been filed by the Debtor.

  3. The proposed Modified Plan is not sufficiently funded.

  4. The Debtor is in default of payments due both under the current confirmed plan and the proposed modified plan.

  5. The non-standard provisions in paragraph 8 need to be more specific. Tax years should be identified as well as specific deadlines for reporting, etc.

  6. For the reasons stated, the Trustee objects to the proposed modified plan.

  WHEREFORE, the Trustee requests this Court to deny the Debtor's Motion to Modify Plan, and to grant such other relief as is just.

Date: February 4, 2020      /s/ Robert S. Thomas, II
               Robert S. Thomas, II, Trustee
               300 E. Joppa Road, Suite #409
               Towson, MD 21286
               (410) 825-5923
               inquiries@ch13balt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of February, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Objection to Motion to Modify Plan will be served electronically by the Court's CM/ECF system on the following:

Brian S. McNair bankruptcy@albalawgroup.com
J. Stephen Simms jssimms@simmsshowers.com,
dmhnat@simmsshowers.com,jdallen@simmsshowers.com
Joseph David Allen jdallen@simmsshowers.com
Joseph Michael Selba JSelba@tydingslaw.com, phastings@tydingslaw.com
Joshua Welborn bankruptcymd@mwc-law.com,
bankruptcymd@ecf.inforuptcy.com
Kelly Marzullo kelly.marzullo@usdoj.gov, jazzmen.mcclain@usdoj.gov
Mark S. Devan bankruptcy@albalawgroup.com
Michael T. Cantrell bankruptcymd@mwc-law.com,
bankruptcymd@ecf.inforuptcy.com

I hereby certify that on the 4th day of February, 2020, a copy of the Objection to Motion to Modify Plan was also mailed first class mail, postage prepaid to:

   ROBERT S SIEGAL
   3015 HUDSON STREET
   BALTIMORE, MD 21224-4950

                                        /s/ *Robert S. Thomas, II*
                                        Robert S. Thomas, II, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                              *

  ROBERT S SIEGAL              *    Case No. 17-15088-MMH

                                    *       Chapter 13

     Debtor                    *

*       *       *       *       *       *       *

ORDER DENYING MOTION TO MODIFY PLAN

The proposed modification to the confirmed plan in this case, as requested by the Debtor(s), having been transmitted to creditors and having been considered, together with the Trustee's Objection, the Debtor(s) having failed to demonstrate that the proposed modified plan complies with the standards for confirmation under Chapter 13, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that confirmation of the modified plan proposed by the Debtor is hereby denied.

copies to:    Robert S. Thomas, II, Trustee
              Debtor(s)
              Attorney for Debtor(s)
              All Creditors

**END OF ORDER**